IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| NAVISTAR FINANCIAL CORPORATION | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-1244 |
| | ) | Judge Trauger |
| C.C.C TRUCKING, INC. and | ) | |
| CHRIS CUNNINGHAM | ) | |

**O R D E R**

It is hereby **ORDERED** that the Initial Case Management Conference set for May 16, 2011 is **RESET to March 25, 2011 at 11:00 a.m.**

ENTER this 12 th day of January, 2011.

_____
ALETA A. TRAUGER
U.S. District Judge